# Richmond

NATIONAL CAB COMPANY, INCORPORATED v. ROSETTA BAGBY.

April 25, 1955.

Record No. 4299.

Present, All the Justices.

*Upon Rehearing, April 25, 1955.*

Per Curiam

After careful and mature consideration the Court adheres to its former opinion delivered on January 17, 1955. 196 Va. 703, 85 S. E. (2d) 270.

*Reversed and final judgment.*

Spratley, Buchanan and Smith, JJ., dissent for the reasons stated in the dissenting opinion filed with the former opinion.